UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18 CR 00456 AGF |
| ANTOINETTE DORSEY, | ) ) ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO DISMISS

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Beth Orwick, Assistant United States Attorney for said District, and respectfully moves the Court to dismiss the indictment, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Respectfully submitted:

JEFFREY B. JENSEN
United States Attorney

  s/Beth Orwick
BETH ORWICK #52089MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

SO ORDERED:

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated: January _____, 2019.

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Nicholas Williams, Attorney for Defendant.

                  /s/ Beth Orwick
                  BETH ORWICK, #52089MO
                  Assistant United States Attorney